JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>JIN QUAN YE, *et al.*,<br><br>             Defendants. | Case No. 8:23-cv-01529-FLA (ADSx)<br><br>**ORDER DISMISSING ACTION** |

On May 7, 2024, the court ordered Plaintiff American General Life Insurance Company to issue payments as soon as practicable to Defendants Jin Quan Ye and Zuo Bin Liang and dismissed all cross-claims with prejudice. Dkt. 47. On July 10, 2024, all disputed funds were disbursed from the registry of the court to Defendants Jin Quan Ye and Zuo Bin Liang. Dkts. 50, 51.

Accordingly, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: October 29, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge